# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NORBERTO MEDINA-RODRÍGUEZ,**<br><br>    Plaintiff,<br><br>       v.<br><br>**FARMACIAS CARIBE, INC.,**<br><br>    Defendants. | **CIVIL NO. 17-1947 (PAD)** |

## JUDGMENT

In accordance with the Order issued today (Docket No. 16), judgment is hereby entered dismissing plaintiff's claims without prejudice.

This case is now closed for statistical purposes.

**SO ORDERED.**

In San Juan, Puerto Rico, this 5th day of March, 2018.

s/Pedro A. Delgado-Hernández
PEDRO A. DELGADO-HERNÁNDEZ
United States District Judge
